# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

―――――――――――――

### No. 201700289

―――――――――――――

### UNITED STATES OF AMERICA
Appellee

v.

### MASON L. CRAWFORD
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel L.J. Francis, USMC.
Convening Authority: Commander, U.S. Marine Corps Forces,
Pacific, Camp H.M. Smith, HI.
Staff Judge Advocate's Recommendation: Colonel T.G. McCann,
USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 28 February 2018

―――――――――――――

Before HUTCHISON, SAYEGH, and FOIL, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court